JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE SHUN BOWERS,<br>　　　　Petitioner,<br>　　v.<br>W. J. SULLIVAN, Warden,<br>　　　　Respondent. | Case No. CV 18-4874-AB (SP)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Second Amended Petition is denied and this action is dismissed with prejudice.

DATED: May 26, 2021

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HONORABLE ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE